IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-62-D

| | | |
|---|---|---|
| DEBORAH KAUBA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOWN OF SPRING LAKE, N.C., | ) | |
| | ) | |
| Defendant. | ) | |

On June 24, 2019, the Town of Spring Lake ("defendant" or "Town") moved to dismiss Deborah Kauba's ("Kauba" or "plaintiff") due process claim in count three [D.E. 7] and filed a memorandum in support [D.E. 8]. See Fed. R. Civ. P. 12(b)(6). Kauba did not respond.

For the reasons set forth in defendant's memorandum of law, the court GRANTS the motion [D.E. 7] and DISMISSES count three.

SO ORDERED. This 19 day of August 2019.

JAMES C. DEVER III
United States District Judge